**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7712**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RUTHVEN YOUNG, a/k/a Ra Ra,

Defendant - Appellant.

---

**No. 01-7777**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ASHBERTH SHERRAN GUERRA,

Defendant - Appellant.

---

**No. 01-7806**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DON ANTHONY GUERRA,

                                        Defendant - Appellant.

―――――――――――

Appeals from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CR-92-445, CA-96-2874-8-2, CA-97-1193-8-2, CA-97-1194-8-2)

―――――――――――

Submitted:  February 21, 2002        Decided:  March 11, 2002

―――――――――――

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Ruthven Young, Ashberth Sherran Guerra, Don Anthony Guerra, Appel-
lants Pro Se.  Bruce Howe Hendricks, OFFICE OF THE UNITED STATES
ATTORNEY, Charleston, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants seek to appeal the district court's order denying their motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. See United States v. Young, Nos. CR-92-445, CA-96-2874-8-2 (D.S.C. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3